■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANE R. BREWER, Appellant. [743 NYS2d 920] —Appeal from a judgment of Wyoming County Court (Dadd, J.), entered January 23, 2001, convicting defendant after a jury trial of, inter alia, assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: The evidence, viewed in the light most favorable to the People (*see People v Contes,* 60 NY2d 620, 621), is legally sufficient to support the conviction of assault in the first degree (Penal Law § 120.10 [3]) and endangering the welfare of a child (§ 260.10 [1]) based on the conduct of defendant that caused injury to his two-month-old daughter. Contrary to the contention of defendant, County Court properly admitted evidence that he was previously convicted of endangering the welfare of a child for engaging in conduct injurious to his son (*see People v Caccese,* 211 AD2d 976, 977-978, *lv denied* 86 NY2d 780). That evidence was relevant to show the absence of accident or mistake (*see id.*; *see also People v Henson,* 33 NY2d 63, 71-73; *People v Holloway,* 185 AD2d 646, 647, *lv denied* 80 NY2d 1027), and the probative value of that evidence outweighed its potential for prejudice (*see People v Hudy,* 73 NY2d 40, 55; *Holloway,* 185 AD2d at 647). The contention of defendant that he was denied his rights to due process and a fair trial when the court dismissed the charges against the codefendant, raised for the first time in his motion to set aside the verdict (*see* CPL 330.30 [1]), is not preserved for our review

(*see* 470.05 [2]; *People v Laraby*, 92 NY2d 932, 933). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* 470.15 [6] [a]). Present—Pigott, Jr., P.J., Green, Scudder, Burns and Gorski, JJ.